IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV81-GCM

| | |
|---|---|
| ANDRE ANTONIO DAVIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> WILKINSON, et al., ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER |

    This matter is before the Court upon the United States' Motion to Dismiss and Substitute United States as Defendant. The *pro se* Plaintiff has responded and has agreed that the three named Individual Federal Defendants, Monty Wilkinson, R. Andrew Murray, and Denis McDonough, should be dismissed and the United States be substituted into this case. Accordingly,

    IT IS THEREFORE ORDERED that the United States' Motion to Dismiss and Substitute is hereby GRANTED, and the above-named Individual Federal Defendants are hereby dismissed from this case, and the United States is substituted as a Defendant herein;

    IT IS FURTHER ORDERED that the United States shall answer or otherwise respond to Plaintiff's Complaint.

Signed: October 6, 2021

Graham C. Mullen
United States District Judge