IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV81-GCM

| | | |
|---|---|---|
| ANDRE ANTONIO DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITES STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon its own motion. On December 15, 2022, the Court entered an Order (Doc. No. 14) directing the *pro se* Plaintiff to show cause why this action should not be dismissed for failure to prosecute. Plaintiff was directed to make such showing within ten days. The deadline for responding has passed without any response from Plaintiff. Accordingly,

IT IS THEREFORE ORDERED that this case is hereby DISMISSED for failure to prosecute.

Signed: January 3, 2023

Graham C. Mullen
United States District Judge